**Order entered November 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01280-CR

### MICHAEL EARL SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-58426-L**

## ORDER

The Court **GRANTS** the November 5, 2014 request of Belinda Baraka for an extension of time to file the reporter's record to the extent that we **ORDER** Ms. Baraka to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE